CHARLES E. THOMPSON, an Infant, by ROBERT S. THOMPSON, His Guardian ad Litem, Respondent, *v.* LOUIS HOLZHAUER, Appellant.

(Argued November 21, 1928; decided December 7, 1928.)

*John J. Scully* for appellant.
*John P. Taylor* and *Wesley O. Howard* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.